UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:
JESSIE YOUNG
KAREN JACKSON                                    *          Case No:
                                                         18-16484 TC
                                                 *
            Debtors
                                                         Chapter 13
*    *    *    *    *    *    *    *    *    *    *    *    *
JESSIE YOUNG                                      *
KAREN JACKSON
            Movants                              *
vs
                                                 *
AMERICREDIT FINANCIAL SERVICES, INC.
DBA GM FINANCIAL
                                                 *

            Respondents                          *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *
    ORDER GRANTING MOTION TO DETERMINE SECURED STATUS OF CLAIM
    AND MODIFY RATE OF INTEREST AND ADEQUATE PROTECTION PAYMENT

        Having considered debtor's motion, and any response filed

thereto, and it appearing that proper notice has been given,

pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy

Court for the District of Maryland,

        **ORDERED**, that the value of the collateral securing

Respondent's claim is $17,675.00 at 6.0% interest, and it is

further

**ORDERED**, that the Adequate Protection Payment will be paid in the amount of $150.00 per month as proposed in the Chapter 13 Plan, and it is further

**ORDERED**, that at such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

2015 Chrysler 200- VIN#1C3CCCAB0FN731047

and it is further

**ORDERED,** that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance; and it is further

**ORDERED,** that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by this court, or (ii) twenty-eight (28) days after entry of this order; and it is further

**ORDERED,** that allowance of the claim of the Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

cc:
Edward C. Christman
Christman & Fascetta, LLC
810 Gleneagles Court, Suite 301
Towson, MD  21286
**Attorney for debtor**

Timothy P. Branigan, Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
**Chapter 13 Trustee**

Americredit Financial Services, Inc.
Dba GM Financial
PO Box 183853
Arlington, TX 76096
**Respondent**

Americredit Financial Services, Inc.
Dba GM Financial
Attn: Mandy Youngblood
PO Box 183853
Arlington, TX 76096
**Proof of Claim filer for respondent**

Americredit Financial Services, Inc.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Ste. 820
Baltimore, MD  21202
**Resident Agent**

Americredit Financial Services, Inc.
Dept 210 Tax
200 Bailey Avenue
Fort Worth, TX 76107
**Principal Office for respondent**

GM Financial
c/o Americredit Financial Services, Inc.
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102-6803
**Owner**

GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102-6803
**Respondent**

Americredit Financial Services, Inc.
Attn: Chris Choate, CFO
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102-6803

CFO for respondent

**END OF ORDER**

CFO for respondent